# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:24-cv-01844-PD__                              Date __March 12, 2025__

Title: __Barrett Daffin Frappier Treder and Weiss, LLP v. The Bank of New York Mellon__

Present: The Honorable __PATRICIA DONAHUE__

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
N/A                                        N/A

Proceedings:   ☐ In Court       ☐ In Chambers       ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated __March 11, 2025 (#36)__.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer __IV__

CV-74 (10/08)                    **CIVIL MINUTES -REOPENING/CLOSING**